

BC



RECEIVED
JKS
2/19/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

Thomas W. Ivey,

Plaintiff,

v.

Chicago Public Schools and the Board of Education of the City of Chicago,

Defendants.

**1:26-cv-01914**
**Judge Steven C. Seeger**
**Magistrate Judge Beth W. Jantz**
**RANDOM/Cat 2**

Case No. _____

**COMPLAINT**

(Plaintiff proceeding pro se)

## I. JURISDICTION AND VENUE

1. This action arises under the Americans with Disabilities Act ("ADA"), 42 U.S.C. §12101 et seq., and the Age Discrimination in Employment Act ("ADEA"), 29 U.S.C. §621 et seq.

2. Jurisdiction is proper under 28 U.S.C. §§1331 and 1343 because this action presents federal questions arising under federal law.

3. Venue is proper in the Northern District of Illinois under 28 U.S.C. §1391(b) because the acts complained of occurred within this district and defendants reside or transact business in Chicago, Illinois.

1

4. The Equal Employment Opportunity Commission ("EEOC") issued a Determination of Reasonable Cause on January 16, 2025 and a Notice of Right to Sue on November 21, 2025, received by Plaintiff on December 2, 2025. (See Exhibits 1 & 2.)

## II. PARTIES

5. Plaintiff Thomas W. Ivey is an individual 62 years of age who resides and is domiciled in Chicago, Illinois.

6. Plaintiff's most recent employment with the Chicago Public Schools ("CPS") began in August 2016 as a School Culture Coordinator at Bronzeville Scholastic Institute. On September 12, 2017, Plaintiff moved to CPS's Office of Social and Emotional Learning (OSEL) and became a Social and Emotional Learning (SEL) Specialist for the District, assigned to high school Network 16. Plaintiff remained in that position until his displacement on June 8, 2023 and eventual termination effective August 23, 2023.

7. Defendant Chicago Public Schools is a public school district located in Chicago, Illinois.

8. Defendant Board of Education of the City of Chicago is a body corporate organized under Illinois law that governs and oversees Chicago Public Schools. Both defendants employ more than 15 employees.

## III. FACTUAL BACKGROUND

9. Plaintiff served as an SEL Specialist assigned to Network 16, supporting approximately 17 high schools.

10. At the time, there were four equivalent SEL Specialist positions—one per high school network (Networks 14-17).

11. Plaintiff earned an annual salary and received positive annual performance evaluations with no disciplinary record during his tenure.

2

A. Notification of Disabilities and Accommodation Requests

12. In fall 2022, Plaintiff informed his supervisor, Michelle Jackson, that he was scheduling bilateral knee replacement surgeries for the winter/spring of 2023.

13. In January 2023, Plaintiff contracted pneumonia and used sick leave January 9–13, 2023.

14. He returned to work remotely on January 17, 2023, and emailed his supervisor and the CPS ADA office requesting a remote-work accommodation, supported by prior ADA approval in 2021 for the same pre-existing condition (coronary artery disease) during the COVID-19 pandemic.

15. The ADA office informed Plaintiff that because his pneumonia was "temporary," his supervisor could authorize remote work.

16. Upon return from vacation, Jackson told Plaintiff that "OSEL does not have a remote work policy" and refused to approve his remote work, forcing use of additional sick leave. This was contrary to a regular practice of giving employees occasional work from home permission, including Jackson.

17. As a result, Plaintiff was forced into an unnecessary four-week FMLA leave of absence from Feb 6, 2023 to March 6, 2023. Over 90% of Plaintiff's duties could be performed via Zoom and telephone, as evidenced by his successful remote work from Jan 17-20 2023.

18. This forced leave consumed a large portion of his job-protected FMLA entitlement, directly contributing to the later expiration of that protection during his surgical leave.

B. Medical Leave and Termination

19. Plaintiff submitted a formal FMLA leave request on March 15, 2023, approved with an effective start date of March 28, 2023.

20. He underwent left knee replacement surgery on March 28 and right knee replacement on May 2, 2023.

21. His FMLA job-protected period expired May 19, 2023, and he applied to return to work June 26, 2023 as expected.

22. On June 26, Plaintiff was informed his position was "no longer available."

23. On June 27, he emailed supervisors Jackson, Cynthia Treadwell, and Devon LaRosa seeking information about his role and requesting potential reassignment (Exhibit 3).

24. He received no response.

25. Without prior written notice, Plaintiff was displaced on June 8, 2023, when OSEL filled his Network 16 position—contrary to policy requiring written notice within ten days of status change.

26. The CPS Talent Office's first written notice to Plaintiff occurred on August 9, 2023 (Exhibit 4), which included date errors inconsistent with approved FMLA records.

27. Plaintiff later learned that Ofelia Dang, approximately 35 years old, was hired for the Network 16 SEL position in July 2023, and Marco Camarillo, approximately 30 years old, was hired in February 2024 for another SEL role (Network 15). (Exhibit 6.)

28. At least one comparable SEL vacancy (Network 15) remained open for more than eight months after Plaintiff's displacement.

C. Discriminatory Intent

29. Despite a strong performance history and significant experience (over 28 years working in education), Plaintiff was replaced by substantially younger, less-experienced employees.

4

30. Defendants denied him reasonable accommodations (remote work, reassignment, or restoration upon return) and refused reinstatement when similarly situated healthy and younger employees were hired.

31. Defendants' stated reliance on "policy" is a pretext for discrimination based on age and disability.

## IV. CAUSES OF ACTION

Count I – Disability Discrimination (ADA)

32. Defendants subjected Plaintiff to adverse employment actions because of his disabilities (coronary artery disease and bilateral knee replacements).

33. Defendants knew of these conditions and acted with deliberate indifference by removing Plaintiff while on protected leave and failing to reinstate him.

Count II – Failure to Provide Reasonable Accommodation (ADA)

34. Plaintiff requested reasonable accommodations (remote work; reassignment or restoration upon return).

35. Defendants refused such accommodations though they imposed no undue hardship, violating 42 U.S.C. § 12112(b)(5)(A).

Count III – Retaliation/Interference (ADA)

36. Plaintiff engaged in protected activity by seeking accommodations.

37. Defendants retaliated by denying such accommodations, forcing unnecessary leave, and ultimately displacing and terminating him.

5

Count IV – Age Discrimination (ADEA)

38. Plaintiff, age 61 at termination, was replaced by substantially younger individuals (ages 35 and 30).

39. Defendants acted willfully in discriminating based on age, violating 29 U.S.C. § 623(a)(1).

## V. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

a. Order Defendants to reinstate him to his former or equivalent position as SEL Specialist;

b. Award back pay, lost benefits, and front pay if reinstatement is not feasible;

c. Award compensatory damages for emotional distress and reputational harm;

d. Award punitive damages for willful or reckless disregard of federal law;

e. Award reasonable attorney's fees and costs (including those pro se recoverable);

f. Issue a declaratory judgment that Defendants violated the ADA and ADEA; and

g. Grant such other relief as the Court deems just and proper.

Respectfully submitted,

/s/ Thomas W. Ivey

Thomas W. Ivey

1213 East 63rd Street

Chicago, IL 60637

Telephone: (773) 742-6684

Email: *thomaswivey@gmail.com*

Pro Se Plaintiff

Exhibits

1. EEOC Charge of Discrimination (1/18/2024)

2. EEOC Determination (1/16/25) & Notice of Right to Sue (11/21/25, received 12/2/25)

3. June 27-Aug 8, 2023 Emails and texts re: Return and Placement Inquiry

4. August 9, 2023 CPS Talent Office Notice

5. January 2023 ADA Accommodation Request, Dr Letter and 2021 Accommodation Approval

6. Proof of Later Hires (Dang and Camarillo)

# Exhibit 1

# EEOC Charge of Discrimination
# (1/18/2024)

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC<br>FEPA | 440-2024-03144 |

| | |
|---|---|
| **Illinois Department Of Human Rights** | and EEOC |
| *State or local Agency, if any* | |

| I Name *(indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.)* | Home Phone | Year of Birth |
|---|---|---|
| Mr. ThomaS W. IveY | 773-667-6117 | 1963 |

| Street Address |
|---|
| 1213 E63rd St. |
| CHICAGO, IL 60637 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Chicago Public School District 299 | 501+ Employees | |

| Street Address |
|---|
| 42 W MADISON ST STE 3 |
| CHICAGO, IL 60602 |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| | | |

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|---|
| | Earliest | Latest |
| Age, Disability | 02/01/2023 | 07/31/2023 |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I began my employment with Respondent in or around August 2016. My most recent position was a Social and Emotional Learning Specialist. Respondent was aware of my disability. I was granted medical leave. I was laid off, on or about June 8, 2023, by the Respondent while on medical leave. I inquired about being hired for another position, to no avail. I was replaced by a comparator who was younger and did not have a disability.

I believe that I have been discriminated against because of my disability, in violation of the Americans with Disabilities Act of 1990, as amended.

I believe that I have been discriminated against because of my age, 60, (Y.O.B. 1963) in violation of the Age Discrimination in Employment Act of 1967, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Mr. ThomaS W. IveY**<br><br>**01/19/2024**<br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

Page **1** of **2**

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

# Exhibit 2

# EEOC Determination (1/16/25)
# &
# Notice of Right to Sue
# (11/21/25, received 12/2/25)



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Chicago District Office**

JCK Federal Building
230 S. Dearborn
Suite 1866 (Enforcement, State and Local & Hearings)
Suite 2920 (Legal & ADR)
Chicago, IL 60604
Chicago Direct Dial: (312) 872-9777
Website: www.eeoc.gov

EEOC Charge Number:                                      440-2024-03144

Thomas Ivey                                              Charging Party
1213 E 63rd St
Chicago, IL 60637

vs.

Chicago Board of Education                               Respondent
1 N Deaborn St Ste 950
Chicago, IL 60602

and

Chicago Public Schools District 299                      Respondent
42 W Madison St, Ste 3,
Chicago, IL 60602

## DETERMINATION

Under the authority vested in me by the U.S. Equal Employment Opportunity Commission's ("Commission") Procedural Regulations, I issue the following determination on the merits of the subject charge filed under the Americans with Disabilities Act of 1990, as amended (ADA) and the Age Discrimination in Employment Act of 1967, as amended (ADEA).

Respondents, herin referred to as Respondent, are employers within the meaning of the ADA and ADEA and all requirements for coverage have been met.

Charging Party alleged that he was discriminated against based on his disability and age, 61 (y.o.b. 1963), by laying him off, in lieu of returning him to his original position and/or failing to grant him a reasonable accommodation into an alternate position, in violation of the ADA and ADEA.

I have determined that the evidence obtained in the investigation establishes reasonable cause to believe that Charging Party was discriminated against based on his disability and age, 61 (y.o.b. 1963) by laying him off, in lieu of returning him to his original position and/or failing to grant him a reasonable accommodation into an alternate position, in violation of the ADA and ADEA.

Charge No.: 440-2024-03144
Page 2

This determination is final. When the Commission finds that violations have occurred, it attempts to eliminate the alleged unlawful practices by informal methods of conciliation. Therefore, I invite the parties to join with the Commission in reaching a just resolution of this matter. Anything said or done during the conciliation process will be kept confidential by the Commission and, subject to limited exceptions set out in the Commission's Procedural Regulations (29 CFR Part 1601.26), may not be used by participants in a subsequent proceeding, including litigation on this charge, without the consent of all parties.

If Respondent wishes to accept this invitation to participate in conciliation efforts, please notify Investigator Shane Carpenter at Shane.Carpenter@eeoc.gov and/or (312) 872-8792 within 14 days. Respondent is encouraged to include proposed terms for a conciliation agreement. The remedies for violations of the statutes we enforce are designed to make the identified victims whole and to provide corrective and preventative relief. These remedies may include, as appropriate, an agreement by Respondent not to engage in unlawful employment practices, placement of identified victims in positions they would have held but for discriminatory actions, back pay, restoration of lost benefits, injunctive relief, compensatory and/or punitive damages, and notice to employees of the violation(s) and the resolution of the claim.

Should Respondent have further questions regarding the conciliation process, or the conciliation terms it would like to propose, please contact the investigator identified above. Should there be no response from Respondent within 14 days, we may conclude that further conciliation efforts in this matter would be futile or non-productive.

On Behalf of the Commission,

1/16/25
Date

*Amrith Kaur Aakre/msd*

Amrith Kaur Aakre
District Director



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Chicago District Office**
230 S Dearborn Street
Chicago, IL 60604
(800) 669-4000
Website: www.eeoc.gov

## NOTICE OF RIGHT TO SUE (CONCILIATION FAILURE)
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 11-21-2025

**To:** Mr. Thomas W. Ivey
1213 E63rd St.
Chicago, IL 60637
Charge No: 440-2024-03144

EEOC Representative and email:   SHANE CARPENTER
INVESTIGATOR
SHANE.CARPENTER@EEOC.GOV

## NOTICE OF RIGHT TO SUE (CONCILIATION FAILURE)

To the person aggrieved: This notice concludes the EEOC s processing of the above-numbered charge. The EEOC found reasonable cause to believe that violations of the statute(s) occurred with respect to some or all of the matters alleged in the charge but could not obtain a settlement with the Respondent that would provide relief for you. In addition, the EEOC has decided that it will not bring suit against the Respondent at this time based on this charge and will close its file in this case. This does not mean that the EEOC is certifying that the Respondent is in compliance with the law, or that the EEOC will not sue the Respondent later or intervene later in your lawsuit if you decide to sue on your own behalf.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 440-2024-03144.

On behalf of the Commission,

Digitally Signed By: Amrith Kaur Aakre
11/21 /2025
Amrith Kaur Aakre
District Director

**Cc:** City of Chicago Board of Education
Thomas A Doyle Tadoyle2@cps.edu
Yasemine Givan Ycgivan@cps.edu

Please retain this Notice for your records.

Enclosure with EEOC Notice of Closure and Rights (05/25)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* EEOC's official notice of dismissal. You should keep a record of the date you received EEOC's official notice of dismissal**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving EEOC's official notice of dismissal (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA, or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of your receipt of EEOC's official notice of dismissal and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

### HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of EEOC's official notice of dismissal, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a

Enclosure with EEOC Notice of Closure and Rights (05/25)

FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 440-2024-03144 to the District Director at Amrith Kaur Aakre, 230 S Dearborn Street , Chicago, IL 60604.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 440-2024-03144 to the District Director at Amrith Kaur Aakre, 230 S Dearborn Street , Chicago, IL 60604.

You may request the charge file up to 90 days after receiving EEOC's official notice of dismissal. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provide a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section-83-disclosure-information-charge-files.

## NOTICE OF RIGHTS UNDER THE ADA AMENDMENTS ACT OF 2008 (ADAAA)

The ADA was amended, effective January 1, 2009, to broaden the definitions of disability to make it easier for individuals to be covered under the ADA/ADAAA. A disability is still defined as (1) a physical or mental impairment that substantially limits one or more major life activities (actual disability); (2) a record of a substantially limiting impairment; or (3) being regarded as having a disability. *However, these terms are redefined, and it is easier to be covered under the new law.*

If you plan to retain an attorney to assist you with your ADA claim, we recommend that you share this information with your attorney and suggest that he or she consult the amended regulations and appendix, and other ADA related publications, available at: http://www.eeoc.gov/laws/types/disability_regulations.cfm.

### "Actual" disability or a "record of" a disability

If you are pursuing a failure to accommodate claim you must meet the standards for either "actual" or "record of" a disability:

- ✓ **The limitations from the impairment no longer must be severe or significant** for the impairment to be considered substantially limiting.

- ✓ In addition to activities such as performing manual tasks, walking, seeing, hearing, speaking, breathing, learning, thinking, concentrating, reading, bending, and communicating (more examples at 29 C.F.R. § 1630.2(i)), **"major life activities" now include the operation of major bodily functions**, such as: functions of the immune system, special sense organs and skin; normal cell growth; and digestive, genitourinary, bowel, bladder, neurological, brain, respiratory, circulatory, cardiovascular, endocrine, hemic, lymphatic, musculoskeletal, and reproductive functions; or the operation of an individual organ within a body system.

- ✓ **Only one** major life activity need be substantially limited.

- ✓ Except for ordinary eyeglasses or contact lenses, the beneficial effects of **"mitigating measures"** (e.g., hearing aid, prosthesis, medication, therapy, behavioral modifications)

**are not considered** in determining if the impairment substantially limits a major life activity.

✓ An impairment that is **"episodic"** (e.g., epilepsy, depression, multiple sclerosis) or **"in remission"** (e.g., cancer) is a disability if it **would be substantially limiting when active**.

✓ An impairment **may be substantially limiting even though** it lasts or is expected to last **fewer than six months**.

**"Regarded as" coverage**

An individual can meet the definition of disability if an **employment action was taken because of an actual or perceived impairment** (e.g., refusal to hire, demotion, placement on involuntary leave, termination, exclusion for failure to meet a qualification standard, harassment, or denial of any other term, condition, or privilege of employment).

✓ "Regarded as" coverage under the ADAAA no longer requires that an impairment be substantially limiting, or that the employer perceives the impairment to be substantially limiting.

✓ The employer has a defense against a "regarded as" claim only when the impairment at issue is objectively **both** transitory (lasting or expected to last six months or less) **and** minor.

✓ A person is not able to bring a failure to accommodate claim **if** the individual is covered only under the "regarded as" definition of "disability."

*Note: Although the amended ADA states that the definition of disability "shall be construed broadly" and "should not demand extensive analysis," some courts require specificity in the complaint explaining how an impairment substantially limits a major life activity or what facts indicate the challenged employment action was because of the impairment. Beyond the initial pleading stage, some courts will require specific evidence to establish disability.* For more information, consult the amended regulations and appendix, as well as explanatory publications, available at http://www.eeoc.gov/laws/types/disability_regulations.cfm.

# Exhibit 3

# June 27-Aug 8, 2023
# Emails and texts
# re: Return and Placement Inquiry

Exhibit 3 pg 1 of 14

 Gmail

Thomas Ivey <thomaswivey@gmail.com>

---

## Fwd: You Submitted a Request to Return to Work
1 message

**Network 16, SEL Specialist L.S.W.** <tivey@cps.edu>                    Tue, Jul 25, 2023 at 9:40 PM
To: "Thomas W. Ivey, MSW, LSW, Therapist" <thomaswivey@gmail.com>

*Thomas W Ivey MSW,*
*SEL Specialist  Network 16*
*"Sent from my iPhone. Please excuse any typos."*

Begin forwarded message:

> **From:** CPS Leaves and Disability <leavesanddisability@cps.edu>
> **Date:** June 26, 2023 at 12:26:11 PM CDT
> **To:** tivey@cps.edu
> **Subject: You Submitted a Request to Return to Work**

The CPS Absence & Disability Department has received your return to work request for 06/29/2023. You must submit a Return to Work form completed by a health care provider or medical clearance to the Absence & Disability Department by 07/11/2023. Failure to submit the document by 07/11/2023 will result in your return request being denied.

If you have questions about what documents are required for your FMLA+Sup Personal Illness Lv leave please contact a Leave Specialist.

If you have exceeded job protection, or if you were on a leave of absence that offered no job protection, your position may no longer be available. You will receive a letter from the Talent Office regarding your employment status with CPS within approximately 10 business days once a decision has been made about your release from the leave of absence.

**You may not report to work until you have been cleared by the Absence & Disability Managment Department. If you return to work and have not been cleared your pay will be impacted.**

Leave Details:

| | |
|---|---|
| Employee ID: | 000217156 |
| Employee Name: | Ivey,Thomas |
| Leave Request ID: | 0000066088 |
| Actual Begin Date: | 03/28/2023 |
| Requested End Date: | 06/28/2023 |
| Requested Return to Work Date: | 06/29/2023 |

Please log in to the HR4U at http://www.cps.edu/hr4u or upload the completed document(s) at 773/553-3652. If you cannot log in to the system you can contact a CPS Leave Specialist at 773/553-4748 or cpsloa@cps.edu.

Exhibit 3 pg 2 of 14



Please be aware that if you made any changes to your mailing address or email preference while on leave, those changes are premanent. If you wish to review your mailing address and email preference logon to HR4U>Self Service>Personal Information.

*Chicago Public Schools is proud to offer you and your household family members EAP services to help you navigate this life transition. Provided at no cost to you is a comprehensive suite of confidential services, including access to counselors, coaches, work-life consultants, and legal and financial experts who can help provide resources to address personal issues that you might find very helpful. This includes telephonic consultations and several free face to face visits with contracted EAP counselors. To access your Magellan EAP benefits, call 1-800-424-4776 or visit www.magellanascend.com*

If you received a notification that you were removed from your position and assigned home pending the results of an investigation into allegations of your misconduct, then this notification that your leave has ended does not mean that you can report to work. You remain reassigned home pending the results of the investigation. Please contact the Office of Administrative Hearings at AdministrativeHearings@cps.edu for additional information.

(Template ID:CPS_LV_RTWSUB_MED_EE)

Exhibit 3 pg 3 of 14

To: Megan Hougard

Wed, Jun 21 at 8:09 PM

Hey friend, check your FB

Awwww



Tue, Jun 27 at 12:37 PM

Hey Megan, do you have time to chat? I'm trying to understand this.

**RTW Past Or No Job Protection- Thomas Ivey**
**000217156**

Good morning,

Your leave has been closed, but the leave you were on did not offer position protection. The position you held prior to your leave is no longer available. You will receive a letter from the Talent Office within ten business days regarding your employment status with CPS. Please feel free to log on and apply for any open positions.

Thank you,



To: Megan Hougard

## RTW Past Or No Job Protection- Thomas Ivey
000217156

Good morning,

Your leave has been closed, but the leave you were on did not offer position protection. The position you held prior to your leave is no longer available. You will receive a letter from the Talent Office within ten business days regarding your employment status with CPS. Please feel free to log on and apply for any open positions.

Thank you,

--
Absence & Disability Department
Phone: 773-553-HR4U
Fax: 773-553-FMLA

**Please visit the** Absence and Disability Website

Pay and COVID Guidance visit SY 22-23 Pay and Benefit Guide

I can try in a few minutes

Cool

Just call when your available

Wed, Aug 9 at 1:34 PM

 Gmail

---

## Fwd: Return to work

3 messages

---

**Ivey, Thomas** <tivey@cps.edu>                                                 Mon, Jul 24, 2023 at 11:09 PM
To: Thomas Ivey <thomaswivey@gmail.com>

---

## Forwarded Conversation
**Subject: Return to work**

_____

From: **Ivey, Thomas** <tivey@cps.edu>
Date: Tue, Jun 27, 2023 at 2:18 PM
To: Michelle Jackson <mkjackson1@cps.edu>
Cc: Cynthia Treadwell <cltreadwell1@cps.edu>, Devon LaRosa <dplarosa@cps.edu>

Dear Michelle,      (Dr. Treadwell, Chief LaRosa)

I hope this email finds you well. I am writing to inquire about the status of my position as the Network 16 Social Emotional Learning Specialist. As you may recall, because I contracted pneumonia in January and was not approved for remote work, I had to take an unexpected 4-week leave of absence. I had already scheduled my knee replacement surgeries for late March which required 12 weeks of recovery. As a result of the leave for pneumonia, I no longer had the 12 weeks of job protected leave available for the knee surgery.

Upon completing my return to work paperwork, I received an automated email from the Talent Office that my position is no longer available. I played an integral role in supporting the social and emotional well-being of students within Network 16. I kindly request an update on the status of my position and whether there are any opportunities for me to return to my previous role or another position in OSEL.

I appreciate your time and attention to this matter, and I will follow up with a phone call. Thank you for considering my request. Should you require any further information or have any questions, please do not hesitate to contact me. I remain available and eager to discuss this matter further.

—

**Thomas W Ivey, MSW, LSW.**

Network 16 Social Emotional Learning Specialist

Office of Social and Emotional Learning, Chicago

(773) 535-8243 Cell:773.742.6684

## Guidelines for Investigating & Responding to Bullying

## Discipline Lead- Reviewing a Student Journal Escalation

## SEL MTSS Guide to Aspen

## Aspen Journaling Training Video

## SEL MTSS Webinar:

## Guidelines for Effective Discipline

## Due Process

From: **Jackson, Michelle** <mkjackson1@cps.edu>
Date: Thu, Jul 13, 2023 at 9:52AM
To: Ivey, Thomas <tivey@cps.edu>
Cc: Cynthia Treadwell <cltreadwell1@cps.edu>, Devon LaRosa <dplarosa@cps.edu>

Hi, Thomas -

I'd be happy to talk with you. Let me know times that work for you over the next couple of days.

**Michelle Jackson | Director of Network SEL Support**
**Office of Social & Emotional Learning (OSEL)**
(she, her, hers)| Chicago Public Schools
42 W. Madison, Chicago, IL 60602
Work No. 773-553-1833
Cell No. 773-905-9815
Email: mkjackson1@cps.edu | GSR #125



**RESOURCES**
*Supporting Students During Tragedy*
*Say Their Names*
*The Classroom Meeting Handbook*
*OSEL School & Staff Resources*

"For me, forgiveness and compassion are always linked: how do we hold people accountable for wrongdoing and yet at the same time remain in touch with their humanity enough to believe in their capacity to be transformed?"
— bell hooks

*Chicago Public Schools is situated on the native lands of the: Kiikaapoi, Peoria, Kaskaskia, Bodéwadmiakiwen (Potawatomi), Myaamia, and Očeti Šakówiŋ (Sioux) peoples.*

From: **Ivey, Thomas** <tivey@cps.edu>
Date: Mon, Jul 17, 2023 at 10:00AM
To: Jackson, Michelle <mkjackson1@cps.edu>
Cc: Cynthia Treadwell <cltreadwell1@cps.edu>, Devon LaRosa <dplarosa@cps.edu>

Hi Michelle,

I have a few available time slots over the next couple of days that you can choose from:

- Wednesday: 2pm to 4pm
- Thursday: 12pm to 2pm
- Friday: 11am to 1pm

Please let me know if any of these times work for you. If not, feel free to suggest other preferred times, and I'll do my best to accommodate and adjust my schedule accordingly.

Best Regards

**Thomas W Ivey, MSW, LSW.**

Network 16 Social Emotional Learning Specialist

Office of Social and Emotional Learning, Chicago

(773) 535-8243 Cell:773.742.6684

# Guidelines for Investigating & Responding to Bullying

## Discipline Lead- Reviewing a Student Journal Escalation

## SEL MTSS Guide to Aspen

## Aspen Journaling Training Video

## SEL MTSS Webinar:

## Guidelines for Effective Discipline

## Due Process

---

**Network 16, SEL Specialist L.S.W.** <tivey@cps.edu>                     Tue, Jul 25, 2023 at 9:42 PM
To: "Thomas W. Ivey, MSW, LSW, Therapist" <thomaswivey@gmail.com>

*Thomas W Ivey MSW,*
*SEL Specialist  Network 16*
*"Sent from my iPhone. Please excuse any typos."*

Begin forwarded message:

> **From:** "Ivey, Thomas" <tivey@cps.edu>
> **Date:** June 27, 2023 at 2:18:15 PM CDT
> **To:** Michelle Jackson <mkjackson1@cps.edu>
> **Cc:** Cynthia Treadwell <cltreadwell1@cps.edu>, Devon LaRosa <dplarosa@cps.edu>
> **Subject: Return to work**

[Quoted text hidden]

---

**Ivey, Thomas** <tivey@cps.edu>                                          Fri, Aug 4, 2023 at 1:10 PM
To: Thomas Ivey <thomaswivey@gmail.com>

————— Forwarded message ———
From: **Ivey, Thomas** <tivey@cps.edu>
Date: Tue, Jun 27, 2023 at 2:18 PM
Subject: Return to work
To: Michelle Jackson <mkjackson1@cps.edu>
Cc: Cynthia Treadwell <cltreadwell1@cps.edu>, Devon LaRosa <dplarosa@cps.edu>

Case: 1:26-cv-01914 Document #: 1 Filed: 02/19/26 Page 26 of 48 PageID #:26

 **Gmail**

Thomas Ivey <thomaswivey@gmail.com>

## Fwd: Scheduling a meeting with you

2 messages

**Ivey, Thomas** <tivey@cps.edu>                                    Mon, Jul 24, 2023 at 11:11 PM
To: Thomas Ivey <thomaswivey@gmail.com>

———— Forwarded message ————
From: **Ivey, Thomas** <tivey@cps.edu>
Date: Mon, Jul 24, 2023 at 8:00AM
Subject: Scheduling a meeting with you
To: Michelle Jackson <mkjackson1@cps.edu>
Cc: Cynthia Treadwell <cltreadwell1@cps.edu>, Devon LaRosa <dplarosa@cps.edu>

Hello Michelle,

I hope you're doing well. I noticed an out-of-office reply to my email last week. I would like to schedule a meeting with you as soon as possible. HR directed me to you.

I am available all day today or between 9am-1pm tomorrow. Please let me know when you can meet in those windows.

Looking forward to connecting with you soon.

Best regards,

—

**Thomas W Ivey, MSW, LSW.**

Network 16 Social Emotional Learning Specialist

Office of Social and Emotional Learning, Chicago

(773) 535-8243 Cell:773.742.6684

## Guidelines for Investigating & Responding to Bullying

**Discipline Lead- Reviewing a Student Journal Escalation**

**SEL MTSS Guide to Aspen**

**Aspen Journaling Training Video**

**SEL MTSS Webinar:**

**Guidelines for Effective Discipline**

**Due Process**

—

**Thomas W Ivey, MSW, LSW.**

Network 16 Social Emotional Learning Specialist

 Gmail

Thomas Ivey <thomaswivey@gmail.com>

---

## Fwd: Invitation: Meet w/Thomas Ivey @ Wed Jul 26, 2023 4:30pm - 5pm (CDT) (Thomas Ivey)

1 message

---

**Ivey, Thomas** <tivey@cps.edu>
To: Thomas Ivey <thomaswivey@gmail.com>

Fri, Aug 4, 2023 at 1:09 PM

---

————— Forwarded message ———
From: **Michelle Jackson** <mkjackson1@cps.edu>
Date: Wed, Jul 26, 2023 at 11:42AM
Subject: Invitation: Meet w/Thomas Ivey @ Wed Jul 26, 2023 4:30pm - 5pm (CDT) (Thomas Ivey)
To: Thomas Ivey <tivey@cps.edu>, <cltreadwell1@cps.edu>, <anmuhammad@cps.edu>

Join with Google Meet

**Meeting link**

meet.google.com/dag-fopu-rqw

**Join by phone**

(US) +1 978-346-5436
PIN: 552392441

More phone numbers

**When**

Wednesday Jul 26, 2023 · 4:30pm – 5pm (Central Time - Chicago)

**Guests**

mkjackson1@cps.edu - organizer
cltreadwell1@cps.edu
anmuhammad@cps.edu
Thomas Ivey

**View all guest info**

**Reply** for tivey@cps.edu

| Yes | No | Maybe | More options |

 **Gmail**

Thomas Ivey <thomaswivey@gmail.com>

## Profound Frustration, Displacement letter

3 messages

**Ivey, Thomas** <tivey@cps.edu>      Tue, Aug 8, 2023 at 8:30 AM
To: "Hougard, Megan" <mjhougard@cps.edu>, Ali Muhammad <ANMuhammad@cps.edu>
Cc: Cynthia Treadwell <cltreadwell1@cps.edu>, Michelle Jackson <mkjackson1@cps.edu>, Thomas Ivey
<thomaswivey@gmail.com>

Hey Megan,

I hope this email finds you well. I am writing to express my profound frustration with the extremely poor follow-through and conflicting information provided by Michelle Jackson and Cynthia Treadwell, during our meeting on July 26th at 4:30 pm on Google Hangout (attended by Deputy Chief Muhammad). During this meeting, I was informed by Michelle Jackson that they were not obligated to hold a meeting with me after filling my position. The first notification I received was an automated HR email informing me that my position was no longer available when I completed my return to work paperwork around June 27th.

When I reached out to HR, it was stated to me that I should have received a displacement letter from my manager when my position was filled on June 8th. However, Mrs. Treadwell stated during the meeting that "Managers no longer send out displacement letters," and that the letter would come from the HR department.

My frustration stems from the lack of care in providing accurate information, and despite Mrs. Treadwell's assurance that I would receive a displacement letter, I have yet to receive one, as we approach 2 weeks since our conversation on July 26th.

Had I been properly notified by OSEL on June 8th when they filled my position, I would have had 92 days to make an informed decision about my path forward with or without Chicago Public Schools. Instead, I have experienced dismissal with unanswered emails and phone calls for 50 days until I demanded a meeting by the end of the day on July 26th.

Now, with less than 24 days until the end of August, I am still left without a displacement letter, which I find grossly disrespectful. I am the provider for our family's insurance, covering Sarah, and Maxine as she enters her second year of college. However, I am being forced to make decisions about my path forward without proper information within my displacement letter.

I sincerely hope that this communication brings attention to the urgent need for improved communication and transparency in such matters.

I kindly request that the issue be addressed promptly and that the necessary steps be taken to rectify the situation. Your prompt attention to this matter would be greatly appreciated.

Thank you for your understanding.

—

**Thomas W Ivey, MSW, LSW.**

Network 16 Social Emotional Learning Specialist

Office of Social and Emotional Learning, Chicago

(773) 535-8243 Cell:773.742.6684

## Guidelines for Investigating & Responding to Bullying

Exhibit 3, pg. 1 of 14

**Discipline Lead- Reviewing a Student Journal Escalation**

**SEL MTSS Guide to Aspen**

**Aspen Journaling Training Video**

**SEL MTSS Webinar:**

**Guidelines for Effective Discipline**

**Due Process**

---

**Hougard, Megan** <mjhougard@cps.edu>                                    Tue, Aug 8, 2023 at 8:40 AM
To: "Ivey, Thomas" <tivey@cps.edu>
Cc: Ali Muhammad <ANMuhammad@cps.edu>, Cynthia Treadwell <cltreadwell1@cps.edu>, Michelle Jackson
<mkjackson1@cps.edu>, Thomas Ivey <thomaswivey@gmail.com>

Good Morning Thomas,
Can you also provide me the name of whom you spoke with in HR? I will look into this as well.
[Quoted text hidden]

—
Megan Hougard (She/Her/Hers)
Chief of College and Career Success
Chicago Public Schools
42 W Madison St, Chicago, IL 60602
(773) 553-3903
Mjhougard@cps.edu

*For scheduling, please contact Rena Beltran at 773-553- 2587 or rabeltran@cps.edu.*

---

**Ivey, Thomas** <tivey@cps.edu>                                         Tue, Aug 8, 2023 at 3:16 PM
To: "Hougard, Megan" <mjhougard@cps.edu>
Cc: Ali Muhammad <ANMuhammad@cps.edu>, Cynthia Treadwell <cltreadwell1@cps.edu>, Michelle Jackson
<mkjackson1@cps.edu>, Thomas Ivey <thomaswivey@gmail.com>

Hey Megan,
I spoke with Jutauna Simmons in HR regarding the matter. I have also attached the "Ticket Forms from HR". Your
assistance in looking into this is greatly appreciated.
Thank you,

[Quoted text hidden]

**2 attachments**

**Screenshot 2023-08-08 at 2.49.13 PM.png**
286K

Exhibit 3, pg. 12 of 14

**Screenshot 2023-08-08 at 2.44.53 PM.png**
222K

Exhibit 3, pg 8 of 14



Home  >  **Ticket Form**

**Created:** 26d ago

**Requested For:** Thomas Ivey (tivey)

**Close Notes:** transferred to Benefits

**Updated:** 26d ago

**Location:** UNLISTED LOCATION

**Description:** Caller has been displaced and inquiring about Benefit

## Item Details

Select this offering to review commonly asked topics of the Talent Department.

**How can we help you?:** Caller has been displaced and inquiring about Benefit

**Request for:** Thomas Ivey (tivey)

**Actual Location:** UNLISTED LOCATION

**Callback number:** 773-535-7140

### Request for Talent General Request

Jutauna Simmons (JSimmons49)
🕑 26d ago

Request Automatically Closed as all Line Items

 Chicago Public Schools

CPS Support Request has been completed.

| | |
|---|---|
| **Resolution Notes:** | Thomas will contact manager to see if his position is available and find out how much time he has to find a new position. |
| **Number:** | REQ1471910 |
| **State:** | Closed Complete |
| **Short Description:** | Request for Talent General Request |
| **Description:** | Thomas is inquiring on the process now that he has lost job protection while on leave. He received an email stating he has lost his position. |

**Variables:**

**How can we help you?** : Thomas is inquiring on the process now that he has lost job protection while on leave. He received an email stating he has lost his position.

**Request for** : Thomas Ivey (tivey)

**Actual Location** : UNLISTED LOCATION

**Callback number** : 773-535-7140

**Request type** : LOA - Leave of Absence Inquiry

**Special Instructions:**

# Exhibit 4

# August 9, 2023
# CPS Talent Office Notice



CHICAGO PUBLIC SCHOOLS  42 West Madison Street - Garden  Chicago, Illinois  60602

**Talent Office**
**773-553-HR4U (4748)**

August 9, 2023

<u>PERSONAL AND CONFIDENTIAL</u>

**Thomas Ivey**                                         Employee I.D.: **000217156**
**1213 E. 63rd ST**                                   Position Number: **556562**
**Chicago, IL 60637**                             Unit Name: **CW Social and Emotional Learning**

Dear Colleague:

We are pleased that you have been released from your doctor's care.  Unfortunately, as we advised on **March 24, 2023,** because you remained on a leave beyond your job protection, you are no longer entitled to return to the position you possessed prior to your leave.  Pursuant to the Board of Education of City of Chicago Policy 02-0724-PO02, you exceeded your job protection on **May 5, 2023.** As such, you will be separated from CPS employment effective **August 24, 2023.**

**Important Information**
Please review the attached Frequently Asked Questions for specific eligibility criteria regarding sick day payouts.

**Finding Employment with CPS**
Current and future job vacancies for which schools and other CPS departments are actively seeking candidates are posted on the Talent Website.  Please submit applications for these positions at www.cps.edu/careers.

On behalf of the Board of Education, I thank you for your service to Chicago Public Schools.  I wish you success in your future endeavors.

Sincerely,

*Jerry Taylor*

Jerry Taylor
Director of HR Operations
Chicago Public Schools

1

# Exhibit 5

# January 2023
# ADA Accommodation Request, Dr Letter and 2021 Accommodation Approval

## CPS WORKPLACE ACCOMMODATION REQUEST FORM (NON-DISABILITY)

### Employee Form

- **Purpose**: CPS employees should complete this form in order to seek a workplace accommodation that is **not** due to a disability. Reasonable workplace accommodations due to a disability under the Americans with Disabilities Act (ADA) should be submitted on the ADA Forms, available at ADA@cps.edu.
- Process: First, review your job description (usually available at HR4U), complete this form, and submit it to ADA@cps.edu (**or** follow the Docusign protocol) for the most efficient processing. If you send the form to ADA@cps.edu, the email title should read 'Workplace Accommodation Request." Second, an Investigator will contact you to set up a call with you. The Investigator may also contact your supervisor. Finally, you will receive a written response from the ADA Office regarding your request.
- Note: You can also explore leave options by visiting HR4U at HR4U>Self Service>Benefits>Leave Selector.

### Personal Contact Information

**Name: Thomas W Ivey**          **Employee ID#: 000217156**

**Mailing Address: 1213 E 63rd**          Apt./Unit #

**City Chicago**          State **ILL**          Zip Code **60637**

**Preferred Phone or TTY/TDD Number: #: (773) 742-6684**

**CPS Email** tivey@cps.edu          **(Please monitor CPS email)**

### Employment Information

**School Name/Work Site: Office of Social and Emotional Learning (OSEL)**

**Supervisor Name: Michelle Jackson**

Supervisor's CPS Email/Phone: **mkjackson@cps.edu / (773) 905.9815**

☐ Teacher (Subject):_____ (Grade):_____

☒ **CPS Employee (Title/Department)**

**Please provide details about the essential functions of your job (you may attach or refer to your job description).**

## Job Summary Social Emotional Learning (SEL)


Chicago
Public
Schools

**Are you seeking a workplace accommodation that is _not_ related to a disability or your own disability? (For example, are you seeking an accommodation due to living with or caring for a relative at high risk for COVID, or due to general apprehension about COVID, etc.).**

**NO**

**If yes, what accommodation are you seeking and why? (Please be specific, and if possible, provide alternative accommodations in case one request is not feasible).**

I am seeking the accommodation to my job duties from home until cleared to return to in person work. I was diagnosed with pneumonia 2 weeks ago and I'm currently trying to recover. I am constantly coughing. I had covid 19 approximately a year and a few months ago. In addition, I have coronary heart disease.

**Are you seeking to telework? Please describe your proposed telework accommodation.**
**YES**

## CERTIFICATION

I, **Thomas W. Ivey** certify under penalties of perjury that all of the information and answers in this Workplace Accommodation Form – Non-Disability Related are true and accurate.

*Thomas W. Ivey*                                    **January 23, 2023**
**Signature**                                                  **Date**

**Email or Fax this form to:**

    **The Americans with Disabilities Act Compliance Office, Talent (ADA Office)**
    **EMAIL: ADA@CPS.EDU**
    **FAX: (773) 553-1091**
    **TELEPHONE: (773) 553-1013, Option 2**

**Note: Additional options for submitting this form, including Docusign, are available upon request.**



**Northwestern** Medicine

January 20, 2023

Thomas W Ivey
1213 E 63rd St
Chicago IL 60637-3721

Patient:          **Thomas W Ivey**
Date of Birth:    **10/4/1963**
Date of Visit:    **1/20/2023**

To Whom it May Concern:

Thomas Ivey was seen in my office on 1/20/2023. Please allow him to work from home for the next 2 weeks. He can return to in-person work on 2/6 with the possibility that this arrangement may need to be extended.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

Jenny Jia, MD

675 N ST CLAIR ST, STE 18-200          Page 1 of 1
CHICAGO IL 60611-5975
Phone: 312-695-8630
Fax: 312-695-2857

 **Gmail**

Thomas Ivey <thomaswivey@gmail.com>

## Fwd: Accommodation Determination: Employee ID 000217156

1 message

**Ivey, Thomas** <tivey@cps.edu>                                              Thu, Jun 10, 2021 at 3:52 PM
To: Sarah Howard <sarahghoward@gmail.com>, Thomas Ivey <thomaswivey@gmail.com>

Just making sure you have this ADA letter in our records

————— Forwarded message —————
From: **ADA Office** <ada@cps.edu>
Date: Thu, Jun 10, 2021 at 2:48 PM
Subject: Accommodation Determination: Employee ID 000217156
To: <TIVEY@cps.edu>
Cc: <MKJACKSON1@cps.edu>

**CONFIDENTIAL**

Dear Thomas Ivey,

This letter is in response to your recent request for a telework accommodation. The Americans with Disabilities Act (ADA) Compliance Office has reviewed your submission as well as any medical documentation submitted by your healthcare provider (where applicable). Therefore, your request, as set forth by you and/or your healthcare provider, is listed below with the corresponding response:

**Request:** You requested to telework for the following reason(s):

- Accommodations for Yourself
    - ADA - Vaccine Exemption: Medical Reason

Please see below for a description of the accommodations for which you applied and/or were approved.

**Response:** After careful consideration, the Talent Office has <u>**approved your request to telework until August 15, 2021**</u> for the following reason: ADA - Medical waiver (including pregnancy). You will be expected to <u>**report to work in-person on Monday, August 16, 2021**</u>. However, please be advised that this accommodation is subject to change and can be renewed, revoked or modified based upon the needs of the district, staffing needs, and the public health environment.

**LEGEND**

- **Accommodations for Yourself**
    - **ADA - Medical waiver (including pregnancy)** - Employee has received a final dose of an approved COVID-19 vaccine, but despite vaccination, remains medically vulnerable to serious complications from contracting COVID-19.
    - **ADA - Vaccine Exemption: Medical Reason** - Employee is unable to take a COVID-19 vaccine for medical reasons.

Kind Regards,

Americans with Disabilities Act Compliance Office
Talent Office
Chicago Public Schools
2651 W. Washington Blvd
Chicago, IL 60612
(773) 553-1013 - Phone (Garfield Park)
(773) 553-1091 - Fax

*NOTICE: This e-mail (including attachments) is covered by the Electronic Communications Act, 18 U.S.C. 2510-2521, is confidential and may be legally privileged. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution or copying of this communication is strictly prohibited and in doing so is subject to civil and criminal prosecution. Please reply to the sender that you have received the message in error, and then delete it.*

**Coronary heart disease.**

**CHD**
**1.14.21**



**CONFIDENTIAL**

## AMERICANS WITH DISABILITIES ACT (ADA)
## REQUEST FOR REASONABLE ACCOMMODATION

### HEALTH CARE PROVIDER CERTIFICATION

**Date:** 01/14/2021

    **Health Care Provider:**

Your patient has requested that the Chicago Public Schools (CPS) provide a reasonable accommodation(s) so that he/she can perform the essential functions of the job he/she has, or is seeking. It is necessary that you provide the following information within thirty (30) days from the date at the top of this form so that CPS can determine whether this person is an "Individual with a Disability" as defined by the Americans with Disabilities Act (ADA).

**Patient's Name:**

| Ivey | Thomas | W | |
|------|--------|---|---|
| **Last** | **First** | **Middle Initial** | |

**Employee Identification Number**

**Date of Birth:** 10/04/1963      **Height:** 6'9"      **Weight:** 355

**Length of time you have provided treatment to patient:**

    5 years

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of any individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you <u>not</u> provide any genetic information when responding to this form. "Genetic Information" as defined by GINA includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

2651 W. Washington Blvd, Suite 255 • Chicago, Illinois 60612
Telephone (773) 553-1013, Option 2 (ADA) •TTY (773) 553-2699 • Fax (773) 553-1091

Educate • Inspire • Transform

Exhibit 5, pg. 6 of 8

## HEALTH CARE PROVIDER CERTIFICATION
### For Use by Employees Only      Page 2 of 4      8/19/19



CHD
1.14.21

**Please attach additional sheets as necessary to respond to the following.**

1.      **Please detail patient's diagnosis:**

Morbid Obesity      Coronary artey disease

Prediabetes

2. **Provide specific ICD-9-CM/DRG medical codes:**

E66.01            I25.10

R73.03

3.      **What are the patient's physical and/or mental impairments?**

Patient's medical conditions place him at a increased rick of getting covid,and

developing serious complications from covid.

4.      **What is patient's prognosis as to each impairment and/or condition?**

Prognosis is stable.

5. **Identify all major life activities, i.e., walking, talking, hearing, speaking, ability to care for self, etc. that are affected or limited by the patient's medical condition or impairment listed in paragraph 4:**

All major life activities will be affected if he gets covid or develops complications

## HEALTH CARE PROVIDER CERTIFICATION
### For Use by Employees Only  Page 3 of 4  8/19/19

from covid.

**6. How does the patient's medical condition or impairment limit his/her ability to perform his/her job functions? Please describe in detail.**

He is able to perform his job duties remotely. Working in person poses a

greater risk of complications if he is exposed or contracts COVID-19 .

**7. Are the medical conditions or impairments that you describe in paragraph 6 permanent? If not, what is the projected duration of the patient's limitations or impairments that will interfere with his/her ability to perform his/her job functions?**

These a re permanent conditions.

**8. Provide names, telephone numbers and/or addresses of any referrals you provided to the patient.**

CHD
1.14.21

## HEALTH CARE PROVIDER CERTIFICATION
For Use by Employees Only      Page 4 of 4      8/19/19

I, the undersigned health care provider, certify that the information provided concerning Thomas W. Ivey, the above-named patient, is complete and accurate to the best of my knowledge. In signing this form, I agree to answer, in a timely manner, any questions the CPS may have about the basis of the statements made on this form. I understand that my cooperation is necessary for the CPS to make an accurate decision on my patient's request for a reasonable accommodation under the Americans with Disabilities Act.

1/19/21

**Health Care Provider's Signature**      **Date**

36136404
**License Number**

Matthew O'Brien, MD
**Print Name**

Internal Medicine
**Type of Practice**

675 North Saint Clair St. Suite 18-200
**Address**

Chicago, IL 60611
**City / State / Zip Code**

312-695-8630
**Phone**

312-695-6007
**Fax**

Please return this form by mail, email and/or by facsimile to:

ATTN: Americans with Disabilities Act Compliance Office
Chicago Public Schools
Americans with Disabilities Act Compliance Office (ADA Office)
2651 W. Washington, Suite 255
Chicago, IL 60612
FAX: 773/553-1091     Phone - Voice: 773/553-1013, Option 2     TTY: 773/553-2699
EMAIL: ADA@cps.edu

# Exhibit 6

# Proof of Later Hires
# (Dang and Camarillo)

Exhibit 6, page 1 of 4

Ofelia Dang's LinkedIn profile shows that she was hired by the CPS, Office of Social Emotional Learning in July 2023, after Mr. Ivey sought to be reinstated to his position in June 2023.



**Ofelia Contreras Dang, LSW**
Social and Emotional Learning Specialist

## Experience

 **Social and Emotional Learning Specialist**
Chicago Public Schools · Full-time
Jul 2023 - Present · 2 yrs 8 mos

 **Academic Advisor**
University of Illinois Chicago · Full-time
Jun 2022 – Jun 2023 · 1 yr 1 mo
Chicago, Illinois, United States

 **Dean Of Students**
Chicago Public Schools · Full-time
Sep 2017 – Jun 2022 · 4 yrs 10 mos
Greater Chicago Area

 **Psychotherapist**
Innovative Counseling Partners, LLC
Feb 2017 – Sep 2018 · 1 yr 8 mos
Oak Park, Illinois

**Foster Care Supervisor**

Downloaded from https://www.cps.edu/about/finance/employee-position-files/

June 30, 2023 - neither Ofelia Dang, nor Marco Camarillo appear

Exhibit 6, page 2 of 4



September 30, 2023 - Ofelia Dang appears indicating she was hired for the Network 16 position previously held by Mr Ivey on July 1 or later, after Mr. Ivey applied to return to work in June 2023.



March 31, 2024 - First time Marco Camarillo appears

Exhibit 6, page 3 of 4

| Pos # | Dept ID | Department | FTE | Clsindc | Annual Salary | FTE Annual Salary | Annual Benefit Cost | JobCode | Job Title | Name |
|---|---|---|---|---|---|---|---|---|---|---|
| 519543 | 10895 | Social and Emotional Learning | 1 | T | 91402 | 91402 | 24111 | 500593 | Social & Emotional Lrng Spec | Sherry, Kathryn F |
| 549861 | 10898 | CW Social and Emotional Lrning | 1 | T | 94554 | 94554 | 29320 | 500593 | Social & Emotional Lrng Spec | Nkemen, Brianna N |
| 556528 | 10898 | CW Social and Emotional Lrning | 1 | T | 89000 | 89000 | 23744 | 500593 | Social & Emotional Lrng Spec | Dang, Ofelia C |
| 556557 | 10898 | CW Social and Emotional Lrning | 1 | T | 105386 | 105386 | 31514 | 500593 | Social & Emotional Lrng Spec | Wesson, Tracy A |
| 556560 | 10898 | CW Social and Emotional Lrning | 1 | E | 97850 | 97850 | 24102 | 500593 | Social & Emotional Lrng Spec | Foss, Brynn D |
| 556562 | 10898 | CW Social and Emotional Lrning | 1 | E | 85000 | 85000 | 22271 | 500593 | Social & Emotional Lrng Spec | Porat, Almog |
| 556563 | 10898 | CW Social and Emotional Lrning | 1 | E | 102815 | 102815 | 24809 | 500593 | Social & Emotional Lrng Spec | Powell, Stevie |
| 556565 | 10898 | CW Social and Emotional Lrning | 1 | E | 94554 | 94554 | 23632 | 500593 | Social & Emotional Lrng Spec | Stallings, Kandace L |
| 556566 | 10898 | CW Social and Emotional Lrning | 1 | E | 88426 | 88426 | 27180 | 500593 | Social & Emotional Lrng Spec | Jackson, Timothy R |
| 564757 | 10898 | CW Social and Emotional Lrning | 1 | E | 83248 | 83248 | 22022 | 500593 | Social & Emotional Lrng Spec | Akisanya, Adedapo A |
| 571992 | 10898 | CW Social and Emotional Lrning | 1 | E | 79849 | 79849 | 25530 | 500593 | Social & Emotional Lrng Spec | Allen, Dominique |
| 595810 | 10898 | CW Social and Emotional Lrning | 1 | T | 99388 | 99388 | 25330 | 500593 | Social & Emotional Lrng Spec | Regan, Patricia L |
| 595811 | 10898 | CW Social and Emotional Lrning | 1 | T | 90000 | 90000 | 23897 | 500593 | Social & Emotional Lrng Spec | Evans, Ashley D |
| 613107 | 10898 | CW Social and Emotional Lrning | 1 | T | 90000 | 90000 | 23897 | 500593 | Social & Emotional Lrng Spec | Bowden, Jamilah D |
| 641226 | 10898 | CW Social and Emotional Lrning | 1 | E | 95000 | 95000 | 28446 | 500593 | Social & Emotional Lrng Spec | Adams, Jamila M |
| 650723 | 10898 | CW Social and Emotional Lrning | 1 | E | 99807 | 99807 | 24381 | 500593 | Social & Emotional Lrng Spec | Rodriguez, Diane |
| 655722 | 10898 | CW Social and Emotional Lrning | 1 | E | 92700 | 92700 | 23368 | 500593 | Social & Emotional Lrng Spec | Rodriguez, Alyssa |
| 646928 | 10898 | CW Social and Emotional Lrning | 1 | E | 85000 | 85000 | 22271 | 500593 | Social & Emotional Lrng Spec | Camarillo, Marco |
| 546134 | 10895 | Social and Emotional Learning | 1 | E | | | | 500593 | Social & Emotional Lrng Spec | |
| 556551 | 10898 | CW Social and Emotional Lrning | 1 | T | | | | 500593 | Social & Emotional Lrng Spec | |
| 556553 | 10898 | CW Social and Emotional Lrning | 1 | T | | | | 500593 | Social & Emotional Lrng Spec | |
| 556564 | 10898 | CW Social and Emotional Lrning | 1 | E | | | | 500593 | Social & Emotional Lrng Spec | |

Exhibit 6, page 4 of 4

Marco Camarillo's LinkedIn profile showing a start date with CPS for SEL Specialist in Feb 2024, demonstrating that the Network 15 position remained vacant for 8 additional months after Mr. Ivey sought to return to his position at CPS.

